JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRENSHAW SUBWAY COALITION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY, et al., <br><br> Defendants. | Case No. CV 11-9603 FMO (JCx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order of September 23, 2015, IT IS ADJUDGED that plaintiff's CEQA claim is dismissed with prejudice. The court declines to exercise supplemental jurisdiction over the remaining state law claims between non-diverse parties. Accordingly, the remaining state claims are hereby remanded to the Los Angeles County Superior Court.

Dated this 14th day of October, 2015.

/s/
Fernando M. Olguin
United States District Judge